IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY LEE RUISE,

      Appellant,

  v.

      Case No.  5D23-414
      LT Case No. 16-2008-13662-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 9, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Anthony Lee Ruise, Cross City, pro se.

Ashley Moody, Attorney General, and
Adam B. Wilson, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.



EDWARDS, KILBANE and PRATT, JJ., concur.